**Abatement Order filed June 27, 2019**



In The

# Fourteenth Court of Appeals

——————————

## NO. 14-19-00281-CR

——————————

## MICHAEL KEITH-BOYD JONES, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 18-CR-2224**

## ORDER

The trial court appointed **Kenneth Florence** to represent appellant on appeal. On June 24, 2019, Florence filed a motion in this court seeking to withdraw as counsel because he has accepted an offer of employment with the Jefferson County District Attorney's Office.

An appointed attorney shall represent the defendant until

. . . charges are dismissed, the defendant is acquitted, appeals are exhausted, or the attorney is permitted or ordered by the court to

withdraw as counsel for the defendant after a finding of good cause is entered on the record.

Tex. Code Crim. Proc. Ann. art. 26.04(j)(2).

Accordingly, we **ABATE** this appeal and order as follows:

1. The judge of the 212th District Court shall consider Florence's request to substitute and shall determine whether appellant wishes and is entitled to appointed counsel.

2. The judge shall see that a record of any hearing is made, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing any orders regarding Florence's request to withdraw. The records shall be filed with this court by **August 26, 2019**.

3. We will hold Florence's motion to withdraw pending receipt of the requested records.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket after the requested records are filed in this court.

PER CURIAM